## DECLARATION OF ERIK THULIN

I am the Managing Director of New Nomadic Short Sea Shipping AS ("Nomadic"), the owner of the M/V NOMADIC MILDE. In that capacity, I have personal knowledge of the matters set forth below.

On May 8, 2020, NOMADIC MILDE was operating pursuant to a time charter under which Nomadic was to be paid hire at a rate of $4,500 per day for the first 35 days and $6,400 thereafter. . The voyage to deliver the cargo on board NOMADIC MILDE at the time was estimated to require 47 days to complete. Accordingly, Nomadic expected to earn gross revenues of $234,300 for and during the voyage to deliver the cargo on board NOMADIC MILDE on May 8, 2020.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 21st day of May, 2020.

_____
ERIK THULIN

EXHIBIT B