

May 15, 2020

Mr. Gary A. Hemphill
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130

Via Electronic Mail
gary.hemphill@phelps.com

**Re:**   M.V. "Nomadic Milde"
       Appraisal Report
       Valuation as of May 8, 2020
       Our Project No. WT-26183

Dear Mr. Hemphill:

Reference is made to the above-mentioned vessel and your request to provide an opinion on its fair market value for legal purposes. The valuation date requested is May 8, 2020.

The following report provides details of the company's background and experience with vessel valuations, details of the subject vessel, a description of the methodology used in arriving at the final appraised value, and supporting sources and documentation.

## FIRM BACKGROUND:

Martin & Ottaway has conducted vessel valuations on all different types of craft ranging from recreational boats to ocean passenger liners since the firm's founding in 1875.

These appraisals have been for various concerns, including financing, investment, taxation, insurance, limitations of liability and general average purposes, etc.

Clients have been ship-owners, financial institutions, attorneys, governments, internal revenue services, and underwriters, to name a few. The firm has been accepted as a reliable source of vessel appraisals in U.S. Federal Courts and by the U.S. Government.

In order to be able to perform appraisals, Martin, Ottaway, van Hemmen & Dolan, Inc. maintains an appraisal database which contains practically every large ship sale in the world, and maintains up-to-date research files on ship repair and construction costs, charter rates, industry trends, regulatory requirements and their associated commercial effects and financing opportunities.

This appraisal data goes back to the late 1800's and has been used as a unique reference in complex ship finance and taxation issues.



EXHIBIT C

620 Shrewsbury Avenue • Tinton Falls, NJ 07701
tel: 732.224.1133  •  fax: 732.224.8631  •  martinottaway.com

M.V. "Nomadic Milde"  Our Project No. WT-26183



**VESSEL PARTICULARS:**

The subject vessel is a multi-purpose dry cargo ship with the following particulars noted:

| | |
|---|---|
| Name of Ship: | Nomadic Milde |
| Previous Name: | N/A |
| Owner: | New Nomadic Short Sea Shipping AS |
| Manager: | Intership Navigation Co. Ltd. |
| | |
| Type: | Multi-purpose dry cargo ship |
| Flag: | Marshall Islands |
| DNV-GL No.: | G113927 |
| IMO No.: | 9463554 |
| Call Sign: | V7ZW7 |
| | |
| Gross Tonnage: | 9,530 |
| Net Tonnage: | 4,398 |
| Deadweight Tonnage: | 12,959.6 |
| | |
| Length (overall): | 138.1 m |
| Length (bp): | 130.0 m |
| Breadth (molded): | 21.3 m |
| Depth (molded): | 11.0 m |
| Draft: | 8.1 m |
| | |
| Builder: | Jiangsu Yangzijiang Shipbuilding Co., Ltd. Jiangsu, China |
| Date of Build: | 2011 |

The vessel is classed with DNV-GL with the following notations:

100 A5 E Multi-purpose dry cargo ship; BWM equipped for carriage of containers; DBC SOLAS-II-2, Reg.19 G IW Strengthened for heavy cargo; MC E AUT.

**APPRAISAL:**

Based on a sales approach, our opinion of the subject vessel's Fair Market Value in sound condition is **$7,500,000** as of May 8, 2020.

**APPRAISAL NARRATIVE:**

Marine vessel appraisals may be carried out by one of three different appraisal methods; namely:

1. Comparable Sales/Offerings ("sales" approach)
2. Construction Cost Depreciated ("cost" approach)
3. Financial Analysis ("income" approach)

M.V. "Nomadic Milde"                                                                 Our Project No. WT-26183



Generally, marine vessel appraisals are carried out using the comparable sales/offerings approach and/or construction cost depreciated approach. The financial analysis approach requires a large amount of financial information and is only used when sufficient historical data, such as income flows and related expenses, is provided to the appraiser. This information has not been made available and as such this methodology was not used.

In this case, there was sufficient information available to utilize the sales approach so the cost approach was not required. Attached to this letter is a list of comparable vessel sales used in arriving at the vessel's fair market value.

Using these available comparable vessel sales, it is therefore the opinion of the undersigned that the "Nomadic Milde" has a fair market value in sound condition of $7,500,000 as of May 8, 2020.

SPECIFIC REFERENCE MATERIAL:

1. Martin, Ottaway, van Hemmen & Dolan, Inc. vessel database
2. Various marine industry sale and purchase broker websites
3. Maritime industry sources
4. Maritime industry magazines/publications
5. DNV-GL vessel register website
6. Lloyd's Register of Shipping

LIMITING CONDITIONS:

1. This is an appraisal report which was done for legal purposes. Supporting documentation concerning the data developed and the value calculations is retained in the appraisal file.

2. Values are statements of opinion. No guarantee can be given that opinions of value will be sustained or that they will be realized in actual transactions.

3. The value given in this appraisal is for the stated valuation date only, and only for the intended use.

4. The vessel was appraised on the premise that it was free and clear of all encumbrances, mortgage debt, and special liens.

5. Value is considered to be in cash. Contracts or charters, if any, are not considered in reaching the value.

6. We are unaware of any significant potential environmental hazards associated with this equipment other than normal on board fuel and lubes.

7. The value noted above is based on the unit's current location.



8. It is presumed that the vessel is in full compliance with all applicable international, federal, state or local regulations unless otherwise stated in the report.

9. No responsibility is assumed for latent defects of any nature that could have an effect on the equipment's value. No determination of stability characteristics or inherent structural integrity has been made, and no opinion is expressed with respect thereto.

10. This report was prepared for the client of record, as noted, in order to provide an opinion of value under an assumed set of circumstances as requested and mutually agreed upon by that client. Any legal defense, court or deposition preparation related to it will be considered a new and separate assignment.

11. This report was made by Martin, Ottaway, van Hemmen & Dolan, Inc. and will be considered as confidential. Copies of this report will only be made available to other parties with prior written consent of the purchaser/owner of this report. Any confidential information received in preparation of this report will be kept confidential.

12. Information supplied by others that was considered and utilized in constructing this report is from sources believed to be reliable and no further responsibility is assumed for its accuracy.

DEFINITIONS:

The definitions used in Martin, Ottaway, van Hemmen & Dolan, Inc. appraisal reports are based on those written in the American Society of Appraisers text, *Valuing Machinery and Equipment (Second Edition)*.

**Fair Market Value:**
The estimated amount, expressed in terms of money, that may reasonably be expected for a property in exchange between a willing buyer and seller with equity to both, neither under any compulsion to buy or sell, and both fully aware of all relevant facts as of a specific date.

**Cost Approach:**
One of the three recognized approaches used in appraisal analysis. The appraiser starts with the current replacement cost new of the property being appraised and then deducts for the loss in value caused by physical deterioration, functional obsolescence, and economic obsolescence. The logic behind this approach is the principle of substitution; a prudent buyer will not pay more for a property than the cost of acquiring a substitute property of equivalent utility.

**Depreciation (appraisal):**
The actual loss in value or worth of a property from all causes, including those resulting from physical deterioration, functional obsolescence, and economic obsolescence.

**Estimated Remaining Useful Life (RUL):**
The period over which an item or groups of items are estimated to remain in use.



**Income Approach:**
One of the three recognized approaches used in appraisal analysis. The appraiser determines the present value of the future economic benefits of owning the property.

**Indexing:**
A method used to estimate current cost whereby a factor is applied to the historical cost of an item.

**Remaining Useful Life:**
The estimated period during which a property of a certain effective age is expected to actually be used before it is retired from service.

**Sales Comparison Approach:**
One of the three recognized approaches used in appraisal analysis. This approach involves the collection of market sales data pertaining to the subject assets being appraised. This approach is also known as the "market approach." The primary intent of the sales comparison approach is to determine the desirability of the assets through recent sales or offerings of similar assets currently on the market in order to arrive at an indication of the most probable selling price for the assets being appraised. The appraiser adjusts the prices that have been paid for assets comparable to the asset being appraised, equating the comparables to the subject.

**Scrap Value:**
The estimated amount, expressed in terms of money, that could be realized for the property if it were sold for its material content, not for a productive use, as of a specific date.

**Useful Life:**
The period over which property may reasonably be expected to perform the function for which it was designed.


**APPRAISER'S CERTIFICATION:**

I certify that, to the best of my knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. I have no present or prospective interest in the vessel that is the subject of this report, and no personal interest with respect to the parties involved.

4. I have not performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.


5. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

6. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

9. I have not made an inspection of the property that is the subject of this report.

10. No one provided significant personal property appraisal assistance to the person signing this certification.

I, David Tantrum, hereby certify that, to the best of my knowledge and belief, the statements of fact contained in this report are true and correct, and this report has been prepared using the guidelines of the Uniform Standards of Professional Appraisal Practice of The Appraisal Foundation and the Principles of Appraisal Practice and Code of Ethics of the American Society of Appraisers.

Signed, and submitted without prejudice to rights and/or interests of whom it may concern,

MARTIN, OTTAWAY, van HEMMEN & DOLAN, INC.

David Tantrum

DT/mh

<u>Attachment</u>:

1. David Tantrum CV
2. Prior Testimony List
3. Fee Letter
4. Comparable Sales Data

# DAVID J. TANTRUM

PROFESSIONAL EXPERIENCE

2008 – Present

    Managing Director, MARTIN, OTTAWAY, van HEMMEN & DOLAN, INC.

1997 – 2008

    Partner, MARTIN, OTTAWAY, van HEMMEN & DOLAN, INC.

    Manager of surveying services U.S. and worldwide.

1989 - 1997

    Engineering and Marine Consultant, MARTIN, OTTAWAY, van HEMMEN & DOLAN, INC.  Areas of specialization include forensic engineering, ship vetting surveys, mechanical systems and ship sales analysis, structural and mechanical system surveys, ship valuations and failure analysis.

    Start-up management of satellite offices.

1988

    Engineer, PB. TECHNIK, Berlin, West Germany.  Responsibilities included: Design, manufacture and installation of stainless steel and aluminum air conditioning ducting.

1983 – 1988

    Operations supervisor (part time), Campus Oil, Ltd., New Ross, Ireland.  Responsibilities included: Vessel discharge supervision, tank farm gauging and calculations, fuel blending and tank truck loading.

NOTABLE PROJECTS

    Testified as an expert witness on Engineering and ship valuation matters in Federal Court on various occasions.

    Consultant to the United States Government for evaluation of ship construction proposals under the Title XI program.

    Consultant to various Shipowners with regard to vessel acquisition and life extensions on older vessels.

    Failure analysis of all types of diesel engines and their associated equipment.

    Inspection of laid-up Ro/Ro vessels and their evaluation for reactivation.

    Coordination, management and actual survey of a fleet of vessels for a consortium of purchasers of a container shipping company, including future maintenance cost developments.

    Design and implementation of a fire control system and safety plan for an oil storage terminal.

EDUCATION AND PROFESSIONAL QUALIFICATIONS

    Certificate in Engineering Principles, Dublin Institute of Technology, Ballyfermot, 1985

    Diploma of Mechanical Engineering, Bolton Street College of Technology, 1989

    Bachelor of Science degree in Mechanical Engineering, Trinity College, Dublin, Ireland, 1989

    Master in Arts, University of Dublin, Trinity College, Dublin, Ireland, February 2006

    Metallurgical course at Materials Engineering Institute, 1993

    Certified Qualified Individual for the Oil Pollution Act of 1990 and proven competent at the level of OSHA 24-Hour On-Scene Commander as per 29 CFR 1910.120(q) at Massachusetts Maritime Academy's Center for Marine Environmental Protection and Safety (1996)

    Internal Auditor Training Course – Lloyd's Register of Shipping (2002)

    Certificate in Maritime Security Training: Maritime Security Officer Training requirements of Parts A and B of the International Ship and Port Facility Security (ISPS) Code, ABS Consulting, Risk Consulting Division, January 2004

    Lloyd's Register of Shipping Liquefied Natural Gas Ships Course, May 2005

    Executive Management Program at Wharton School of Business, University of Pennsylvania (2007 / 2008)

    Accredited Senior Appraiser, American Society of Appraisers

<u>Memberships</u>

Member of Institution of Engineers of Ireland
Member of American Welding Society
Member of the Society of Naval Architects and Marine Engineers
Associate Member of Association of Average Adjusters of the United States
Subscriber to the British Association of Average Adjusters
Member of the Society of Marine Port Engineers
Member of the Society of Marine Consultants
Member of NACE International
Member ASM International
Member of American Society of Appraisers
Member of American Society of Mechanical Engineers

<u>Technical Publications</u>

"Velocity & Position Control of a Pneumatic Cylinder Using a Micro Computer" - Senior thesis, Bolton Street College

Author of paper, "The Reasonable Cost of Repairs", presented to the Association of Average Adjusters of the United States, October 1996

Author of paper, "Charterer's Legal Liability", presented to American Insurance Group, Chicago, June 3, 1999

| | |
|---|---|
| <u>Languages:</u> | English, Gaelic, fluent |
| | French, reading |
| <u>Nationality:</u> | United Kingdom citizenship |
| | Permanently residing in the United States |

| | | |
|---|---|---|
| Address: | 620 Shrewsbury Avenue | Phone: (732) 224-1133 (office) |
| | Tinton Falls, NJ 07701 | (908) 568-7866 (mobile) |
| | | E-mail: dtantrum@martinottaway.com |

3

Last update:  May 6, 2019

David J. Tantrum
Martin, Ottaway, van Hemmen & Dolan, Inc.
620 Shrewsbury Avenue
Tinton Falls, NJ  07701

| Client | Project Name | Project No. | Date | Remarks |
|---|---|---|---|---|
| McMahon Law Offices of David J. McMahon | M.Y. "Independence" | WT-25147 | Sept. 12, 2016 | Arbitration, NY, Vessel Arrest |
| Duane Morris LLP | National Union Fire Insurance Company of Pittsburgh, PA v. Garpo Marine Services, Inc. | WT-24982 | Sept. 30, 2016 | Deposition testimony |
| Duane Morris LLP | National Union Fire Insurance Company of Pittsburgh, PA v. Garpo Marine Services, Inc. | WT-24982 | March 27, 2017 | United States District Court, Eastern District of New York Index No. 14-cv-6481 |
| Lyons & Flood, LLP | Price v. Mos Shipping, et al. (M.V. "Valga") | WT-25157 | July 18, 2017 | United States District Court District of Maryland |
| McMahon Law Offices of David J. McMahon | In the Matter of the Arbitration Between Robert E. Derecktor, Inc., Claimant, and, Matthew J. Bruderman, Ducky-Momo LLC and M/Y Independence | WT-25147 | Dec. 19, 2018 | American Arbitration Association Case Number: 01-15-0005-3513 |
| Eastham, Watson, Dale & Forney, L.L.P. | In the Matter of the Complaint of Maersk Tankers AS, as Owner and Operator of the M/T Carla Maersk for Exoneration from or Limitation of Liability (M.V. "Conti Peridot") | WT-25843 | May 3, 2019 | Deposition testimony |



May 15, 2020

Mr. Gary A. Hemphill
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130

Via Electronic Mail
gary.hemphill@phelps.com

Re:     Request for Rates

Dear Mr. Hemphill:

As far as our fees are concerned, please allow me to provide the following information.

Our fee for senior consultants for basic surveying matters is $200.00 per hour, up to a maximum daily rate of $2,000.00.

Our fee for deposition and trial testimony is $350.00 per hour and for litigation/consultation is $275.00 - $350.00 per hour.

Tasks that do not require the skills of a senior consultant can be performed by one of our other engineers/consultants and are billed at $150.00 to $200.00 per hour depending on the type of work undertaken.

Our standard rate for vessel appraisals is $2,500.00.

A retainer may be required for first time clients.

Computer analyses, such as finite element analysis, hydrostatic stability calculations, surface area calculations, etc. are priced on a job-by-job basis. A fixed price quote will be estimated and given on review of the actual extent of work to be done.

Travel time is charged at the same rate as other consulting activities.

Overhead charges, such as administrative assistance, are included in our fees. Direct expenses applicable to the matter in question, such as travel, telephone/mobile/electronic communication charges, postage and couriers, are charged in addition to the applicable fee.

We trust that the above is helpful and look forward to assisting you if the need should arise.



Very truly yours,

MARTIN, OTTAWAY, van HEMMEN & DOLAN, INC.

David J. Tantrum
Managing Partner

DJT/mh

2

| Ship | DWT | Equipment | Year Built | Place Built | Yard | Price | Sale Date | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Marmisol | 10500 | 2 x 80t cr. | 2004 | NL | Damen Hoogezand | - | 1/20/2020 | Undisclosed |
| Marmolokai | 10649 | 2 x 80t cr. | 2004 | NL | Damen | - | 1/7/2020 | |
| Lisanna | 12744 | 2 x 120t cr. | 2004 | China | CSC Jiangdon | 4.5 | 10/12/2019 | |
| FWN Momentum | 10049 | 2 x 80t cr. | 2010 | NL | Peters Kampen | 7 | 2/26/2020 | |
| BBC Arizona | 11626 | 2 x 150t cr. | 2010 | China | CSC Jiangdon | 7 | 4/11/2020 | |
| Zea Kelani | 12325 | 2 x 80t cr. | 2010 | China | Tongfang | 4 | 1/20/2020 | En bloc Sales |
| Zea Mahaweli | 12350 | 2 x 80t cr. | 2010 | China | Tongfang | 4 | 1/20/2020 | En bloc Sales |
| Siam Success | 12427 | 3 x 30t cr. | 2010 | Japan | Shin Kochi | 6.2 | 12/16/2019 | |
| BBC Michigan | 12768 | 2 x 150t cr. | 2010 | China | CSC Jiangdon | 7 | 4/11/2020 | |
| Thorco Africa | 12845 | 2 x 78t cr. | 2010 | Japan | Honda | 7.8 | 5/8/2019 | |
| *Nomadic Milde* | *12960* | *2 x 80t cr.* | *2011* | *China* | *Jiangsu Yangziang* | | | |
| Siam Fortune | 12440 | 3 x 30t cr. | 2011 | Japan | Shin Kochi | 6.5 | 12/16/2019 | |
| Dongtai Baohong | 12500 | 3 x 80t cr. | 2011 | China | Rongchang | 4 | 5/31/2019 | Auction |
| FWN Merchant | 10000 | 2 x 80t cr. | 2013 | NL | Peters Kampen | 8 | 2/7/2020 | |
| Industrial More | 10049 | 419 teu | 2013 | NL | Peters Kampen | 8 | 2/11/2020 | Likely 2 x 80t cr. |
| Dongtai Baoze | 12094 | 3 x 80t cr. | 2013 | China | Rongchang | 4.8 | 6/22/2019 | |
| BBC Louise | 12100 | 2 x 250t cr. | 2018 | China | Sanfu | 18 | 4/30/2019 | Heavy lift cranes |