# PHELPS DUNBAR



Louisiana | Mississippi | Texas | Florida | Alabama | North Carolina | London

GARY A. HEMPHILL
Partner
(504) 584-9222
gary.hemphill@phelps.com

23214-0038

May 21, 2020

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

RE: In the Matter of New Nomadic Short Sea Shipping AS, Nomadic Chartering AS and Intership Navigation Co. Ltd. as Owners and Managers of the M/V NOMADIC MILDE, Petitioning for Exoneration From or Limitation of Liability

Dear Sir/Madam:

Certain parties have or may in the future claim to have sustained damage as result of the alleged dragging of anchors by M/V NOMADIC MILDE (the "Vessel") from the Kenner Bend Anchorage on or about May 8, 2020 and her subsequent alleged contact with the M/V ATLANTIC VENUS and with a terminal owned and operated by Cornerstone Chemical Company. As a result, parties have filed or may cause to be filed actions under the laws of the United States, the General Maritime Law and/or laws of the State of Louisiana for damages resulting from the aforementioned incident.

In order to file an action for Exoneration From or Limitation of Liability, as required by 46 U.S.C. §30501 *et seq.*, plaintiffs in limitation and the Norwegian Hull Club (hereinafter referred to as "NHC") hereby agree to the following:

1. Plaintiffs in limitation and NHC, in compliance with Rule F and other Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, herewith file with this Court this undertaking in the sum and amount of SIX MILLION TWO HUNDRED THIRTY FOUR THOUSAND THREE HUNDRED AND 00/100 ($6,234,300.00) UNITED STATES DOLLARS, with interest thereon at six percent (6%) per annum for the benefit of claimants, which sum is no less than the value of plaintiffs' interest in the said vessel and pending freights; and

2. Plaintiffs in limitation and NHC hereby undertake jointly, severally, and *in solido*, the sum of SIX MILLION TWO HUNDRED THIRTY FOUR THOUSAND THREE HUNDRED AND 00/100 ($6,234,300.00) UNITED STATES DOLLARS with interest thereon at the rate of six percent (6%) per annum from the date hereof, that plaintiffs in limitation and NHC will abide by the further

Clerk of Court
May 21, 2020
Page 2

    orders of the Court and pay into the Court Registry whenever the Court shall order, a sum equal to the amount or value of plaintiffs' interest in said vessel and pending freights, or in the event of appraisal, and if the Court should find this security is insufficient therefor, then additional like security with interest thereon at the rate of six percent (6%) per annum from the date hereof; and that pending payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

3.    Upon demand and upon order of the Court, to cause to be filed in said action a bond with an approved corporate surety, in the amount of SIX MILLION TWO HUNDRED THIRTY FOUR THOUSAND THREE HUNDRED AND 00/100 ($6,234,300.00) UNITED STATES DOLLARS, with interest thereon at six percent (6%) per annum. In the event the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this letter of undertaking.

It is understood and agreed that the execution of this letter by Phelps Dunbar, L.L.P., on behalf of the undersigned Norwegian Hull Club, shall not be construed as binding upon the firm or any of its partners or employees, but is binding only upon the Norwegian Hull Club.

Yours very truly,

PHELPS DUNBAR LLP

For and On Behalf of
NORWEGIAN HULL CLUB

BY: _____
GARY A. HEMPHILL
(As attorney-in-fact for the above listed purpose only, pursuant to authorization received by email from Norwegian Hull Club on May 21, 2020.)