# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF**<br>**NEW NOMADIC SHORT SEA SHIPPING AS,**<br>**NOMADIC CHARTERERING AS AND INTERSHIP**<br>**NAVIGATION CO. LTD., AS OWNERS AND**<br>**MANAGERS OF THE M/V NOMADIC MILDE**<br>**PETITIONING FOR EXONERATION FROM OR**<br>**LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NUMBER:**<br><br>**SECTION:**<br><br>**JUDGE:**<br><br>**MAGISTRATE:** |

## LIST OF SUITS FILED

As of the time of this filing, Limitation Petitioners are aware of only the following suits pending as a result of the incident described in their Verified Complaint in Limitation:

*Golden Helm Shipping Co. S.A.,*  United States District Court, Eastern
*and Osaka Fleet Co., Ltd., v. M/V*  District of Louisiana, Civil Action
*NOMADIC MILDE*  No. 20-1453

*Cornerstone Chemical Company*  United States District Court, Eastern
*v. M/V NOMADIC MILDE, M/V*  District of Louisiana, Civil Action
*ATLANTIC VENUS, and Crescent*  No. 20-1411
*Towing & Salvage, Inc.*

- 1 -

Respectfully submitted,

PHELPS DUNBAR LLP


*/s/ Gary A. Hemphill*
Gary A. Hemphill, T.A. (La. Bar #6768)
Michael M. Butterworth (La. Bar #21265)
William J. Riviere (La. Bar #20593)
Michael Held (La. Bar #37466)
Adam N. Davis (La. Bar #35740)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
gary.hemphill@phelps.com
michael.butterworth@phelps.com
bill.riviere@phelps.com
michael.held@phelps.com
adam.davis@phelps.com

ATTORNEYS FOR PETITIONERS,
NEW NOMADIC SHORT SEA SHIPPING AS,
NOMADIC CHARTERING AS AND INTERSHIP
NAVIGATION CO. LTD., AS OWNERS AND
MANAGERS OF M/V NOMADIC MILDE

- 2 -