# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **IN THE MATTER OF NEW NOMADIC SHORT SEA SHIPPING AS, NOMADIC CHARTERING AS AND INTERSHIP NAVIGATION CO. LTD., AS OWNERS AND MANAGERS OF THE M/V NOMADIC MILDE PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NUMBER:**<br><br>**SECTION:**<br><br>**JUDGE:**<br><br>**MAGISTRATE:** |

## LOCAL RULE 3.1 NOTICE

Petitioners in Limitation, New Nomadic Short Sea Shipping AS, Nomadic Chartering AS and Intership Navigation Co. Ltd., as owners and managers of M/V NOMADIC MILDE (hereinafter collectively referred to as "Petitioners"), hereby note pursuant to Rule 3.1 of the Local Rules for the United States District Court for the Eastern District of Louisiana that the Verified Complaint in Limitation filed on their behalf this date involves subject matter that comprises all or a material part of the subject matter of operative facts of the following civil actions:

|  |  |
|---|---|
| *Golden Helm Shipping Co. S.A., and Osaka Fleet Co., Ltd., v. M/V NOMADIC MILDE* | United States District Court, Eastern District of Louisiana, Civil Action No. 20-1453 |
| *Cornerstone Chemical Company v. M/V NOMADIC MILDE, M/V ATLANTIC VENUS, and Crescent Towing & Salvage, Inc.* | United States District Court, Eastern District of Louisiana, Civil Action No. 20-1411 |

- 1 -

Each of the listed cases involves a claim for alleged damages arising out of the incident which is the subject of the verified complaint in limitation.  Petitioners make this disclosure so the Court can consider the possible transfer of this case to Section L of this Court to which the first filed case was allotted.

Respectfully submitted,

PHELPS DUNBAR LLP


*/s/ Gary A. Hemphill*
Gary A. Hemphill, T.A. (La. Bar #6768)
Michael M. Butterworth (La. Bar #21265)
William J. Riviere (La. Bar #20593)
Michael F. Held (La. Bar #37466)
Adam N. Davis (La. Bar #35740)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
gary.hemphill@phelps.com
michael.butterworth@phelps.com
bill.riviere@phelps.com
michael.held@phelps.com
adam.davis@phelps.com

ATTORNEYS FOR PETITIONERS,
NEW NOMADIC SHORT SEA SHIPPING AS,
NOMADIC CHARTERING AS AND INTERSHIP
NAVIGATION CO. LTD., AS OWNERS AND
MANAGERS OF M/V NOMADIC MILDE

PD.28724982.1