# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF**<br>**NEW NOMADIC SHORT SEA SHIPPING AS,**<br>**NOMADIC CHARTERING AS AND INTERSHIP**<br>**NAVIGATION CO. LTD., AS OWNERS AND**<br>**MANAGERS OF THE M/V NOMADIC MILDE**<br>**PETITIONING FOR EXONERATION FROM OR**<br>**LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NUMBER:**<br><br>**SECTION:**<br><br>**JUDGE**<br><br>**MAGISTRATE** |

### NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, come Limitation Petitioners, New Nomadic Short Sea Shipping, AS, Nomadic Chartering AS and Intership Navigation Co. Ltd., to submit the following Notice for publication:

**IN THE MATTER OF NEW NOMADIC SHORT SEA SHIPPING AS, NOMADIC CHARTERING AS AND INTERSHIP NAVIGATION CO. LTD., AS OWNERS AND MANAGERS OF THE M/V NOMADIC MILDE PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**CIVIL ACTION NO.**

**SECTION**

Notice is given that the above-named Limitation Petitioners have filed a complaint, pursuant to Sections 30501, et seq. of Title 46 of the United States Code (46 U.S.C. App. § 30501, et seq.), for exoneration from or limitation of liability for all claims for any loss, damage, injury, or deaths arising out of or occurring as a result of the incident occasioned during the evening of May 8, 2020, when the M/V NOMADIC MILDE made contact with the M/V ATLANTIC VENUS and subsequently with a terminal owned by Cornerstone Chemical Company near Waggaman, Louisiana.

All persons having claims arising out of the incident referred to above must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Courthouse, 500 Camp Street, Room C-151, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Limitation Petitioners on or before the \_\_\_\_ day of _____, 2020, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for Limitation Petitioners an answer to the complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

New Orleans, Louisiana, this \_\_\_\_\_ day of May, 2020.

                            CAROL L. MICHEL, CLERK OF COURT

Respectfully submitted,

PHELPS DUNBAR LLP

*/s/ Gary A. Hemphill*
Gary A. Hemphill, T.A. (La. Bar #6768)
Michael M. Butterworth (La. Bar #21265)
William J. Riviere (La. Bar #20593)
Michael F. Held (La. Bar #37466)
Adam N. Davis (La. Bar #35740)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
gary.hemphill@phelps.com
michael.butterworth@phelps.com
bill.riviere@phelps.com
michael.held@phelps.com
adam.davis@phelps.com

ATTORNEYS FOR PETITIONERS,
NEW NOMADIC SHORT SEA SHIPPING AS,
NOMADIC CHARTERING AS AND
INTERSHIP NAVIGATION CO. LTD., AS
OWNERS AND MANAGERS OF
M/V NOMADIC MILDE